986 F.2d 1417
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Michael WHITT, Plaintiff-Appellant,
v.
Lonnie M. SAUNDERS; Jack Lee; Leroy Moats; Major Braxton;
Doctor Omara; John Barnes, Professor; Thomas
Morton, Director, Defendants-Appellees.
 No. 92-6965.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: February 1, 1993
Decided: February 22, 1993
 
 Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (CA-92-414-R)
 Michael Whitt, Appellant Pro Se. Mark Ralph Davis, Caroline Lockerby, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.
 W.D.Va.
 DISMISSED.
 Before HALL and PHILLIPS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Michael Whitt appeals the district court's order dismissing the action against Defendant Omara pursuant to 28 U.S.C.s 1915(d) (1988) and denying Whitt's motion for default judgment against Omara. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This Court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.
 
 
 2
 We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED